# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

H. E. J.,

*Plaintiff*

v.

BUTLER AMUSEMENTS, INC.,

*Defendant*

)
)
)
)
)
)

Civil Action No. 2:13-CV-0136-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   decided and approved by Senior Judge Justin L. Quackenbush on a Petition for Approval of Minor Settlement, Disposition of Settlement Funds and Attorney Fees and Costs. Pursuant to the Stipulation of the parties, ECF No. 48, judgment of dismissal of the Complaint (ECF No. 1) and the claims therein is hereby entered with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  June 10, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb